JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WILSON,<br><br>      Plaintiff,<br><br>   vs.<br><br>THE HARTFORD LIFE AND<br>ACCIDENT INSURANCE<br>COMPANY,<br><br>      Defendant. | Case No: CV 16-3118-GW(JPRx)<br><br>**ORDER DISMISSING ENTIRE<br>ACTION WITH PREJUDICE** |

**O R D E R**

      The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 4, 2016

_____
GEORGE H. WU, U.S. DISTRICT JUDGE